# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                               )
             Respondent, )
                               )
      v.                      )
                               )
KURTIS W. BRISKEY, )
D.O.B. 04-09-1977, )
                               )
             Appellant. )
_____ )

No. 71252-7-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: November 23, 2015

LEACH, J. — Kurtis Briskey appeals an order denying his motion to seal records of his juvenile court guilty pleas to two counts of first degree malicious mischief. He challenges the trial court's ruling that the records cannot be sealed until his restitution obligation, which is no longer enforceable as a money judgment, has been paid in full. We rejected his argument recently in State v. Hamedian, 188 Wn. App. 560, 354 P.3d 937 (2015) (payment of restitution is a condition precedent to obtaining an order to seal juvenile offender records).

Affirmed.

WE CONCUR:

_____
Cox, J.

_____
Leach, J.

_____
Becker, J.